B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>NORTHERN District of ILLINOIS | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Valentine, Winston** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names Used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names Used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 3932 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>10431 S. Church<br><br>Chicago, IL.     60643 | Street Address of Joint Debtor (No. and Street, City, and State): |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Place of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)
- ☒ Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)
Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1) (04/13)**

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):   Winston Valentine |
|---|---|

<table>
<tr><td colspan="3" align="center">All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet.)</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center">Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)</td></tr>
<tr><td>Name of Debtor:</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

<table>
<tr>
<td align="center"><strong>Exhibit A</strong><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td align="center"><strong>Exhibit B</strong><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] m y proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney        Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of my property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a pan of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in my other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will 1 served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would 1 permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgement for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

**B1 (Official Form 1) (04/13)**

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s):  Winston Valentine |
|---|---|

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code. | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _Winston Valentine_  Signature of Debtor | X _____  (Signature of Foreign Representative) |
| X _____  Signature of Joint Debtor | _____  (Printed Name of Foreign Representative) |
| _____  Telephone Number (If not represented by attorney)  12/3/15  Date | _____  Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _Martin Y. Joseph_  Signature of Attorney  MARTIN Y. JOSEPH  Printed Name of Attorney for Debtor(s) | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C.110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. |
| Firm Name  221 N. LASALLE  Address  SUITE 1906 CHICAGO, IL 60601  312-749-1693  Telephone Number  12/2/15  Date | _____  Printed Name and title, if any, of Bankruptcy Petition Preparer |
| \* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | _____  Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | _____  Address |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | X _____ |
| _____  Signature of Authorized Individual | _____  Date |
| _____  Printed Name of Authorized Individual | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. |
| _____  Title of Authorized Individual | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| _____  Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| | A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110: 18 U.S.C. § 156. |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of ILLINOIS

In Re: _____ Winston Valentine _____    Case No. _____
          Debtor                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

Warning: You must be able to check truthfully one of the five **statements** regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.

Every individual debtor must file this Exhibit D. If a joint petition is filed, **each** spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.

☐ 1. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.

☒ 2. Within the 180 days before the filing of my bankruptcy case, I received a briefing **from** a credit counseling agency approved by the United States trustee or **bankruptcy** administrator that outlined the **opportunities** for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.

☐    3. I certify that I requested credit counseling services from an approved agency but was
unable to obtain the services during the five days from the time I made my request, and the
following exigent circumstances merit a temporary waiver of the credit counseling requirement
so I can file my bankruptcy case now. [Summarize exigent circumstances here.]

If your certification is satisfactory to the court, you must still obtain the credit
counseling briefing within the first 30 after you file your bankruptcy petition and
promptly file a certificate from the agency that provided the counseling, together with a
copy of any debt management **plan** developed through the agency. Failure to fulfill these
**requirements** may result in dismissal of your case. Any extension of the 30-day deadline
can be granted only for cause and is limited to a maximum of 15 days. Your case may also
be dismissed if the court is not satisfied with your reasons for filing your bankruptcy **case**
without first **receiving** a credit counseling briefing.

☐    4. I am not required to receive a credit counseling briefing because of: [Check the
applicable **statement.**][**Must** be accompanied by a motion for **determination** by the court.]

☐    Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental
illness or mental deficiency so as to be incapable of realizing and making rational
decisions with respect to financial responsibilities.);

☐    Disability. (**Defined** in 11 U.S.C. § 109(h)(4) as physically impaired to the
extent of being unable, after reasonable effort, to participate in a credit counseling
briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has **determined** that the credit
counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and
correct.

Signature of Debtor _Winston Valentine_____

Date: 12/2/15_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of ILLINOIS

In Re: _____ Winston Valentine _____   Case No. _____

Debtor   **(if known)**

**Chapter** _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals fmm Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts fmm Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims fmm Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $296,000.00 | | |
| B - Personal Property | Yes | 5 | $46,280.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $345,179.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $14,116.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,217.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 2,824.00 |
| TOTAL | | 20 | $342280.00 | $359295.00 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of ILLINOIS

In Re: _____ Winston Valentine _____   Case No. _____

Debtor   (if known)

Chapter   7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you an an individual debtor whose debts an primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13. you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

**Summarize the following types of liabilities,** as reported in the **Schedules,** and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E)(whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E)(whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the **following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 2,217.0 |
| Average Expenses (from Schedule J, Line 22) | **2,824.0** |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | |

State the following:

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" COLUMN | $39,179.0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column. | |
| 4. Total from Schedule F | **$18,894.00** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | $58073.00 |

In Re: _____ Winston Valentine _____

**Debtor**                                                              (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" is the column labeled "Husband, Wife, Joint or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single Family Home<br>10431 S. Church<br>Chicago, IL. 60643 | Fee simple | | 296,000.00 | 300,000.00 |
| | | Total | $296,000.00 | |

In Re: _____Winston Valentine_____
                        Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Coutracs and Unexpired Leases.

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property". If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian.  such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash | | 60.00 |
| 2.  Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | | Checking and Savings Accounts US Bank | | 920.00 |
| 3.  Security deposits with public utilities, telephone companies. landlords. and others. | X | | | |
| 4.  Household goods and furnishings. including audio, video, and computer equipment. | | TV set Furniture Stereo | | 300.00 |

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. | X | | | |
| 12. Pensions | | Pension with Employer | | 5000.00 |

In Re: _____Winston Valentine_____          Case No. _____
                        **Debtor**                              (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interest.; in real estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In Re:    Winston Valentine    
    Debtor    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent or unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. Give estimated value of each. | | Workers Compensation case | | 15000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2014 Kia Serento | | 25,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies | X | | | |

In Re: _____ Winston Valentine _____

| Debtor | | | | (if known) |

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Total | $21,280.00 |

In Re: _____Winston Valentine_____                                    Case No. _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☐ 11 U.S.C.§ 522(b)(2)
☐ 11 U.S.C.§ 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Single Family Home 10431 S. Church Chicago, IL. 60643 | 735-5/12-901 | 15,000.00 | 296,000.00 |
| Cash | 735-5/12-1001(b) | 60.00 | 60.00 |
| Checking and Savings Accounts US Bank | 735-5/12-1001(b) | 920.00 | 920.00 |
| TV set Furniture Stereo | 735-5/12-1001(b) | 300.00 | 300.00 |
| Workers Compensation case | 820-305/21 | 15,000.00 | 15000.00 |

In Re: _____ **Winston Valentine** _____   Case No. _____

**Debtor**   (if known)

| Description of Property | Specify Law Roviding Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2014 Kia Serento | 735-5/12-1001(c), 735-5/12-1001(c) | 2,400.00 | 25,000.00 |

In Re: _____Winston Valentine_____   Case No. _____

   Debtor                                                  (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: <br> **Wyndham** Vacation Ownership <br> 10750 Charleston Blv <br> Las Vegas, NV.89135-1048 | | | Time Share **$2000.00** <br><br> VALUE $ | | | | 16517.00 | $14517.00 |
| Account Number: <br> Bank **of America** <br> P.O. Box 941000 <br> Simi Valley, CA. 93094 | | | **Second** Mortgage on Residence 275,000.00 <br><br> VALUE $ | | | | 24662.00 | 24,662.00 |
| Account Number: <br> Wells **Fargo** Mortgage <br> P.O. Box 10335 <br> Des Moines, I A 50306 | | | Mortgage on Residence $275,000.00 <br><br> VALUE $ | | | | 293,000.00 | |
| | | | Subtotal <br> (Total of this page) | | | | $334179.00, | $39,179.00 |
| | | | Total <br> (Use only on last page) | | | | | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

__1__ continuation sheets attached

Official Form 6D (12/07)

In Re: _____Winston Valentine_____    Case No. _____
                    **Debtor**                                                         (if **known**)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was **Incurred**, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of **Collateral** | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: <br><br>Wells Fargo **Dealer** Services<br>**Attn:** Correspondence-MAC T9017-026<br>P.O.Box 168048<br>Irving, TX 75016-8048 | | | 2014 Kia Serento <br><br><br> VALUE $           25,000.00 | | | | 29,000.00 | |
| Account Number: | | | <br><br><br> VALUE $ | | | | | |
| Account Number: | | | <br><br><br> VALUE $ | | | | | |
| Account **Number:** | | | <br><br><br> **VALUE $** | | | | | |
| Account Number: | | | <br><br><br> VALUE $ | | | | | |
| Account Number: | | | <br><br><br> VALUE $ | | | | | |
| Account **Number:** | | | <br><br><br> **VALUE $** | | | | | |

|  |  |  |
|---|---|---|
| Subtotal<br>(Total of this page) | $29,000.00 | $0.00 |
| Total<br>(Use only on last **page**) | $345,179.00 | $39,179.00 |
| | (**Report** also on Summary of Schedules.) | (**If applicable**, report also **on** Statistical Summary **of** Certain Liabilities and **Related** Data.) |

Sheet no. __1__ **of** __1__ **continuation sheets attached to**
Schedule **of Creditors** Holding **Secured** Claims

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, filing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more then one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES** OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic** Support Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extend provided in 11 U.S.C. § 507(a)(4).

☐ Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $6,150* per farmer of fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ Deposits by individuals

Claims of individuals up to $2,775' deposits for the purchase, lease, or rental of property or services far personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ Tames and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments lo the FDIC, RTR, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ Claims for Death or Personal Injury While Debtor Was Intoxicated

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor war, intoxicated from usinp alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 04/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____ continuation sheets attached

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claim without priority against the debtor or the property of he debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.R., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an " X in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br>Sears Credit Cards<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | | | | | | | 1731.00 |
| Account Number:<br>US Bank<br>Cardmember Service<br>P.O. Box 6335<br>Fargo, ND. 58125 | | | | | | | 1397.00 |
| Account Number:<br>Bank of America<br>P.O. Box 851001<br>Dallas, TX. 75285-1001 | | | | | | | 4719.00 |
| Account Number:<br>Lowe's Synchrony Bank<br>Attn: Bankruptcy Dept<br>P.O. Box 965060<br>Orlando, FL. 32896-5060 | | | | | | | 2889.00 |
| | | | | | | Subtotal | $10,736.00 |

__1__ continuation sheets attached

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07)
Case 15-41015    Doc 1    Filed 12/02/15    Entered 12/02/15 17:34:20    Desc Main
Document    Page 21 of 41

In Re:      Winston Valentine

**Debtor**      (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: <br> **Capital** One Bank USA NA <br> P.O. Box 30281 <br> Salt Lake City, Utah 84130 | | | | | | | 1831.00 |
| Account Number: <br> **American** Express <br> P.O. Box 981535 <br> El Paso, TX. 79998-1535 | | | Costco | | | | 2561.00 |
| Account Number: <br> **PayPal** Credit <br> P.O. Box 5138 <br> Timonium, MD. 21094 | | | | | | | 3366.00 |
| Account Number: <br> Macy's <br> P.O. Box 6938 <br> The Lakes, NV. 88901 | | | | | | | 400.00 |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |

| | Subtotal | $8,158.00 |
|---|---|---|
| | Total <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $18,894.00 |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Official Form 6G (12/07)

In Re: _____Winston Valentine_____    Case No. _____

_____Debtor_____    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", '"Agent", etc. State whether debtor is the lessor or lessee of a lease. Rovide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child. by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| | |

| Debtor 1 | Winston | | Valentine |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____

Case number _____
(if known)

Check if this is:

☐ An amended **filing**

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

  ____ / ____ / _____
  MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your **Expenses**                    12/13

Be **as complete** and **accurate as possible**. If **two married** people **are filing** together, both are **equally** responsible for **supplying** correct **information**. If more **space** is needed, **attach another** sheet to **this** form. On the **top of** any **additional** pages, **write** your name and case number (If **known**). Answer **every question**.

### Part 1:    Describe Your **Household**

1. Is **this** a **joint** case?

   ☒ No    Go to line 2.
   ☐ Yes. **Does** Debtor 2 **live** in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 **must file** a separate **Schedule J.**

2. Do you have **dependents?**          ☒ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out **this information** for each dependent......................

| | Dependents **relationship to Debtor 1 or Debtor 2** | **Dependent's age** | Does dependent live with you? |
|---|---|---|---|
| | _____ _____ | _____ | ☐ No  ☐ Yes |
| | _____ _____ | _____ | ☐ No  ☐ Yes |
| | _____ _____ | _____ | ☐ No  ☐ Yes |
| | _____ _____ | _____ | ☐ No  ☐ Yes |
| | _____ _____ | _____ | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than **yourself** and your dependents?    ☒ No

### Part 2:    **Estimate** Your **Ongoing** Monthly **Expenses**

Estimate your expenses as of your **bankruptcy** filing date **unless** you **are using this** form as a supplement in a Chapter 13 case to report **expenses as** of a date after the **bankruptcy is filed**. If this **is** a **supplemental Schedule J**, check the box at the top **of the** form and **fill in** the **applicable** date.

Include **expenses paid** for with non-cash government **assistance** if you h o w the value **of such assistance** and have **included it** on Schedule I: **Your Income** (**Official Form B 6I.**)

|  | | Your expenses |
|---|---|---|
| 4   The rental or home **ownership** expenses for your **residence**. Include first **mortgage payments** and any rent for the **ground** or lot | 4. | $ _____ 1140 |
| If **not** included **in** line 4: | | |
| 4a.   Real estate taxes | 4a. | $ _____ |
| 4b.   Property, **homeowner's**, or **renter's** insurance | 4b. | $ _____ 75.00 |
| 4c.   **Home** maintenance, **repair**, and upkeep expenses | 4c. | $ _____ 25.00 |
| 4d.   **Homeowner's** association or **condominium** dues | 4d. | $ _____ |

Debtor 1 _____Winston_____    Case number (if known)_____
         First Name    Middle Name    Last Name

Your expenses

| | | | |
|---|---|---|---|
| 5. **Additional mortgage** payments for your **residence,** such as **home equity loans** | 5. | $_____ |
| 6. **Utilities:** | | |
| 6a. **Electricity,** heat, natural gas | 6a. | $_____179.00 |
| 6b. Water, sewer, **garbage collection** | 6b. | $_____80.00 |
| 6c. Telephone, cell phone. **Internet,** satellite, and cable **services** | 6c. | $_____105.00 |
| 6d. **Other.** Specify: _____Cable TV and Internet_____ | 6d. | $_____250 |
| 7. Food and **housekeeping** supplies | 7. | $_____200.00 |
| 8. **Childcare** and **children's education costs** | 8. | $_____ |
| 9. **Clothing,** laundry, and **dry cleaning** | 9. | $_____25.00 |
| 10. Personal care **products** and **services** | 10. | $_____10 |
| 11. **Medical** and **dental** expenses | 11. | $_____ |
| 12. **Transportation. Include** gas, maintenance, bus or train fare. Do **not include** car payments. | 12. | $_____ |
| 13. **Entertainment,** clubs, recreation, **newspapers, magazines,** and **books** | 13. | $_____25.00 |
| 14. **Charitable contributions** and **religious donations** | 14. | $_____ |
| 15. **Insurance.** Do not include insurance deducted from your pay **included** in lines 4 or 20 | | |
| 15a. Life insurance | 15a. | $_____205.00 |
| 15b. Health insurance | 15b. | $_____ |
| 15c. Vehicle insurance | 15c. | $_____75 |
| 15d. **Other** insurance. Specify:_____ | 15d. | $_____ |
| 16. **Taxes.** Do not include taxes deducted from your pay included in lines 4 or 20. specify: _____ | 16. | $_____ |
| 17. Installment or lease payments: | | |
| 17a. Car payments for **Vehicle** 1 | 17a. | $_____570 |
| 17b. Car payments for Vehicle 2 | 17b. | $_____ |
| 17c. **Other.** Specify:_____ | 17c. | $_____ |
| 17d. **Other.** Specify:_____ | 17d. | $_____ |
| 18. Your payments of **alimony, maintenance,** and **support** that you did not report as deducted from your pay on **line** 5, Schedule **I,** Your **Income (Official Form B 6I).** | 18. | $_____ |
| 19. Other **payments** you make to support others who do not **live with** you. Specify:_____ | 19. | $_____ |
| 20. **Other real property** expenses not Included **in** lines 4 or 5 of **this** form or on Schedule **I:** Your **Income.** | | |
| 20a. Mortgages on other property | 20a. | $_____ |
| 20b. Real estate taxes | 20b. | $_____ |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $_____ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $_____ |
| 20e. Homeowner's **association** or condominium dues | 20e. | $_____ |

| Debtor 1 | Winston | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21.  Other. Specify: _____     21.  +$ _____

22.  Your monthly expenses. Add lines 4 through 21
      The result is your monthly expenses.                          22.  $ _____ 2,964.00

23.  Calculate **your** monthly net **income.**

   **23a.**  Copy line 12 (your *combined monthly income*) from Schedule I     23a.  $ _____ 2,217.00

   23b.  **Copy** your monthly **expenses** from line 22 above.     23b.  −$ _____ 2,964.00

   Wc.  Subtract your **monthly** expenses fmm your monthly inmme.
         The **result** is your monthly net *income.*     23c.  $ _____ -747.00

24.  **Do** you **expect** an **increase** or **decrease** in your expenses **within** the **year after** you **file this** tom?

      Fw example, do you expect to Rnish paying lor your car loan within the year w do you expect your
      mortgage payment to increase or decrease because of a **modification** to the **terms** of **your mortgage?**

      ☐ No.
      ☐ Yes.     Explain here:

In Re: _____Winston Valentine_____   Case No. _____
                    Debtor                                    (if known)

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY **INDIVIDUAL** DEBTOR

I declare under **penalty** of perjury that I have **read** the foregoing summary and schedules, **consisting** of **sheets** (total shown on summary page plus 2), and that they are true and **correct** to the best **of my** knowledge, information, and **belief.**

_12/2/15_____                    X _____
        Date                                        Signature of Debtor

_____                    _____
        Date                                        Signature of Joint Debtor

* * * * * *

### DECLARATION AND **SIGNATURE** OF BANKRUPTCY **PETITION PREPARER** (See 11 U.S.C. § 110)

I declare under penalty of **perjury** that: (1) I am a **bankruptcy** petition **preparer as** defined in 11 U.S.C. § 110; (2) I prepared this document for **compensation** and have provided the debtor with a copy of this document **and the** notices and information required **under** 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or **guidelines have been** promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum       nt      preparing any     for filing for a debtor or accepting any fee from the debtor, **as required** under that **section**; and (4) I will not accept any additional **money** or other **property from** the debtor before the **filing** fee is paid in full.

_____            _____
Printed or **Typed** Name and Title, if any, of **Bankruptcy Petition Preparer**       Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

_____
Address

X _____            _____
**Signature** of **Bankruptcy** Petition **Preparer**                Date

**Names** and Social Security numbers of all other individuals who prepared or assisted in preparing this **document, unless** the **bankruptcy** petition preparer **is** not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*   11 U.S.C. § 110; 18 U.S.C. § 156.

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, _____ named as debtor in **this** care, declare under **penalty** of **perjury** that I have read the foregoing summary of schedules, **consisting** of  sheets (total **shown** on **summary** page plus 1), and **that** the are true and **correct** to the **best** of my knowledge, information, and belief.

_____                    _____
        Date                                        Signature **of Authorized Individual**

Penalty for making a false statement or concealing property: Fine of up to $500,000 or **imprisonment** for up to 5 years or both. 18 U.S.C. § 152 and 3571.

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of ILLINOIS

In Re: _____ Winston Valentine _____     Case No. _____

Debtor     (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on whieb the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfer and the like to minor children, state the child's initials and the name and address of the child's parent or guardian. such as "AB., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-2:   If the answer to an     le question is "None", mark the box labeled "None", If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the ease name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy ease, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited parner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor may be "in business" for the purpose of this form if the debtor engages in a trade, business. or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of wch affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

None ☐     1. **Income from employment or operation** of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including pan-time activities either as an employee or in independent trade or business, from the beginning of this calendar year lo the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calender year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dater of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|---|---|
| $32,000.00 | 2013 Wages |
| $600.00 | 2014 Wages |

None   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|---|---|
| 27000.00 | 2014 Disability and Social Security |
| 25000.00 | 2015 Disability and Social Security |

3. **Payments** to creditors

None   Complete a. orb., as appropriate, and c.

☐   a. **Individual** or joint **debtor(s)** with primarily **consumer** debts: List all payments on loans, installment **purchases** of **goods** or **services**, and other debts, aggregating more than $600 to any **creditor**, [except for a debt on account of a domestic support obligation,] **made** within 90 days **immediately** preceding the **commencement** of this case. **Indicate** with an * any payments that were made to the creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by **an** approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or **chapter** 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses **are separated** and a joint **petition** is not filed.)

| Name and Address of Creditor | **Dates** of Payments | **Amount** Paid | **Amount** Still Owing |
|---|---|---|---|

None   ☒   b. Debtor **whose** debts **are** not primarily consumer debts: List each payment or other **transfer** to any creditor made within 90 days immediately **preceding** the commencement of the care unless the **aggregate** value of all **property** that **constitutes** or is **affected** by **such** transfer is less than $6,255. If the debtor is an individual indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic **support** obligation or as part of an alternative **repayment** schedule **under** a plan by an approved nonprofit budgeting and credit **counseling** agency. (Married debtors filing **under** chapter 12 or chapter 13 must include **payments** and other **transfers** by either or both spouses whether or not a joint petition is filed, unless the spouses are **separated** and a joint petition is not filed.)

| Name and Address of Creditor | Dates of **Payments/** Transfers | Amount Paid or **Value** of **Transfers** | Amount Still Owing |
|---|---|---|---|

None        c. All debtors: List all payment made within one year immediately preceding the commencement of this cme
to or for the benefit of creditors who are or wen insiders. (Married debtors filing under chapter 12 or
chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Dale of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
|  |  |  |  |

4.  Suits and admiuistrative proceedings, executions, garnishments and attachments

None  ☒    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed. unless the spouses are
separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Valentine and CTA | Workers Compensation | Illinois Industrial Commission | Pendin |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one
year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
|---|---|---|

**6.   Assignments and receiverships**

None  ☒   a   Describe any **assignment** of property for the benefit of creditors **made** within 120 days immediately **preceding** the
**commencement of this** case.  (**Married debtors filing** under chapter **12** or chapter **13** must include any assignment
by either or both **spouses** whether or not a joint petition is filed, **unless** the spouses **are** separated and a joint
petition is not filed.)

| Name and **Address**<br>of Assignee | Date of<br>Assignment | **Terms of Assignment**<br>or Settlement |
| --- | --- | --- |

None  ☐   **b.**  List all property which has been in the hands **of a** custodian, **receiver,** or **court-appointed official** within one **year**
**immediately** preceding the **commencement** of this case.  (Married **debtors** filing under chapter 12 **or chapter 13**
must **include** information concerning property of either or both spouses **whether** or not a joint petition is filed,
**unless** the **spouses** are separated and a joint petition is not filed.)

| Name and Address<br>of Custodian | Name and Location of Court<br>**Case** Title & Number | **Date** of Order | Description and<br>Value of Property |
| --- | --- | --- | --- |

None ☒  List all gifts or charitable contributions made within one y e 5 immediately preceding the commencement of this case
except ordinary and usual gifts to family members aggregating less than $200 in valve per individual family member
and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or
chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Dale of Gift | Description and Value of Gift |
|---|---|---|---|
| | | | |

## 8. Losses

None ☒  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement
of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include losses by either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a
joint petition is not filed.)

| Description and Value of Properly | Description of Circumstances an 4 if Lass was Covered in Whole or in Part by Insurance, Give Particulars. | Date of Loss |
|---|---|---|
| | | |

## 9. Payments related to debt counseling or bankruptcy

None ☒  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
consultation wnceming debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
within one year immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment Name of Payor if other than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| Martin Y. Joseph<br>221 N. LaSalle Ste 1906<br>Chicago, IL 60601 | | $1800.00 + $335.00 costs |

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|
|  |  |  |

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this care to a self-settled bust or similar device of which the debtor is a beneficiary.

| Name of Trust or Other Device | Date(s) of Transfer(s) | Amount of Money or Description and Value of Property or Debtor's Interest in Property |
|---|---|---|
|  |  |  |

## 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking. savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type of Account, Last Four Digits of Account Number, and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|
|  |  |  |

## 12. Safe deposit boxes

None ☐    List each safe **deposit** or other box or depository in which the debtor has or **had** securities, **cash,** or **other** valuables within one year immediately preceding the commencement of this case. (Married debtors filing under **chapter** 12 **or** chapter **13** must include boxes or depositories **of either** or both **spouses** whether or not **a joint** petition is filed, unless the spouses **are separated** and a joint petition is not filed.

| Name and Address of Bank or Other **Depository** | Names and Addresses of those with Access to Box or Depository | Description of **Contents** | Date of **Transfer** or **Surrender,** if any |
|---|---|---|---|
| Bank **of America** | Debtor | Papers and **Documents** | |

## 13. Setoffs

None ☒    List all **setoffs** made by **any** creditor, including a bank, against a **debt** or deposit of the **debtor** within 90 days preceding the commencement of this caw. (Married debtors filing under **chapter** 12 or chapta 13 must include **information** concerning either or both spouses **whether** or not a joint **petition** is filed. unless the spouses **are** separated and **a joint** petition is not filed.)

| Name and **Address** of Creditor | Date of **Setoff** | **Amount of** Setoff |
|---|---|---|

## 14. Property held for another **person**

None ☒    List all **property** owned by another **person** that the debtor holds or **controls.**

| **Name** and Address of **Owner** | **Description and** Value of **Property** | **Location** of **Property** |
|---|---|---|

**15. Prior address of debtor**

None ☒    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse

Address                                          Name Used                                    Dates of Occupancy

**16. Spouses and former spouses**

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous wane, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| | | | |

None ☐   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Dare of Notice | Environmental Law |
|---|---|---|---|
| | | | |

None ☒   c. List all judicial a administrative proceedings. including settlements or orders, under any Envimnmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|
| | | |

**18.  Nature,** location **and name of business**

None
     a   If the debtor is an individual, list the names, addresses, **taxpayer** identification **numbers, nature** of the businesses, and beginning and ending dates of all businesses in which the debtor **was** an officer, director, **partner,** or managing executive of a corporation, partner in a **partnership,** sole proprietor, or **was** a **self-employed** in a wdc, **profession,** or other activity either full-or part-time within the six-years immediately **preceding** the commencement of this **case,** or in which the debtor o w e d 5 **percent** or more of the voting or equity securities within the six years immediately preceding the commencement of this **case.**

     **If the** debtor is a **partnership,** list the names, addresses, taxpayer identification **numbers, nature of the** businesses, and beginning and ending dates of all businesses in which the debtor war a **partner** or o w e d 5 percent or more of **the** voting or equity securities, within the six years immediately preceding the commencement of **this care.**

     **If the** debtor is **a corporation,** list the names, addresses, taxpayer identification **numbers,** nature of the businesses, and beginning and ending **dates** of all **businesses** in which the debtor war a **partner** or o w e d 5 **percent** or more of **the** voting or equity securities within the six years immediately preceding the commencement of this csae.

| Name, **Address, Last** Four Digits of **Soc. Sec.** No. Complete **EIN** or Other Taxpayer **I.D.** No. | **Nature** of Business | Beginning and Ending **Dates** |
|---|---|---|

None
     b.  Identify any business listed in **response** lo subdivision **a., above,** that is "single **asset** real estate" **as** defined in 11 U.S.C. § **101.**

| Name | Address |
|---|---|

[If completed by an individual or individual and spouse.]

I declare under penalty of **perjury** that I have read the answers contained in the foregoing **statement** of financial **affairs** and any attachments **thereto and that they** are m e and wrrcct.

_12/12/15_                              X _[signature]_
Date                                      Signature of Debtor

_____        X _____
Date                                      Signature of Joint Debtor


_____


[If completed on behalf of a partnership or **corporation]**

I declare under penalty of **perjury** thal I have read the answers contained in the foregoing **statement** of financial **affairs** and any attachments thereto and that they are m e and correct to the best of my **knowledge,** information and belief.

_____        X _____
Date                                      Signature of Authorized Individual

                                         _____
                                         Printed Name and **Title**


### DECLARATION AND SIGNATURE OF **BANKRUPTCY** PETITION **PREPARER** (See **11 U.S.C. §** 110)

I declare under penalty of **perjury** that: **(1)** I am a **bankruptcy petition preparer** as defined in 11 U.S.C. **§** 110; (2) I prepared this document for **compensation** and have provided **the** debtor with a **copy** of this document and the **notices** and information **required** under 11 U.S.C. **§§** 110(b), **110(h),** and 342(b); (3) **if rules** or guidelines **have been promulgated pursuant** to 11 U.S.C. § 110(h) setting a **maximum** fee for services **chargeable** by bankruptcy petition preparers, I have given the debtor notice of **the** maximum amount before **preparing any** document for **filing** for a debtor or accepting any fee **from** the debtor, as required under that section; and (4) **I** will not **accept** any additional money or other **property from** the debtor **before** the filing fee is paid in full.

_____        _____
**Printed** or Typed **Name** and Title, if any, of **Bankruptcy Petition Preparer**      **Social-Security** No. (Required by 11 U.S.C. **§** 110.)

*If the bankruptcy petition preparer is not an individual, store h e heme, rille (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

_____
Address

X _____        _____
**Signature** of **Bankruptcy** Petition **Preparer**      Date

Names and Social Security numbers of all other individuals who prepared or **assisted** in preparing **this document,** unless te **bankruptcy** petition **preparer is** not an individual:

*If more than one person prepared this document, attach additional signed sheers conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and i k Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.* **11** U.S.C. **§** 110; 18 U.S.C. **§** 156.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of ILLINOIS

In Re: _____Winston Valentine_____     Case No. _____

                        Debtor                                                   (if known)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A - Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

| Property No. 1 | |
|---|---|
| Creditor's Name:<br>Wells Fargo Dealer Services | Describe Properly Securing Debt:<br>2014 Kia Sorrento |

Property will be (check one):

☒ Swendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as exempt          ☐ Not claimed as exempt

---

| Property No. 2 (if necessary) | |
|---|---|
| Creditor's Name:<br>Wells Fargo Mortgage | Describe Properly Securing Debt:<br>Debtor's Residence |

Property will be (check one):

☐ Surrendered          ☒ Retained

If retaining the pmperty, 1 intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other. Explain _____ (for example. avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☒ Claimed as exempt          ☐ Not claimed as exempt

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

PART A - Continuation

| Property No. 3 (if **necessary**) | |
|---|---|
| Creditor's Name:<br>**Bank** of America | Describe Property Securing Debt:<br>Debtor's Residence |

Property will be (check one):

☐ Surrendered          (X| Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien *using* 11 U.S.C. § 522(f)).

Property is (check one):
☒ **Claimed as** exempt          ☐ Not claimed as exempt

PART B - Continuation

| Property No. 4 | | |
|---|---|---|
| Lessor's Name: | Describe Leased Property: | Lease will be Assumed **pursuant** to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 5 | | |
|---|---|---|
| **Lessor's** Name: | Describe Leased **Property:** | Lease will be Assumed **pursuant** to 11 U.S.C. § 365(p)(2):<br>☐ **Yes** ☐ No |

PART B - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attached additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| Lessor's Name: | Describe Leased **Property:** | Lease will **be** Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ **No** |

| Property No. 2 (if necessary) | | |
|---|---|---|
| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

| Pmperty No. 3 (if necessary) | | |
|---|---|---|
| Lessor's Name: | Describe Leased Properly: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ **No** |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt **and/or** personal property subject to **an unexpired lease.**

_12/3/15_
Date

x _Wim[signature]_
Signature of Debtor

x _____
Signature of Joint Debtor